## Visor et al. *v.* Waters et al. (Gallagher, Appellant).

Argued November 26, 1935. Before FRAZER, C. J., KEPHART, SCHAFFER, MAXEY, DREW, LINN and BARNES, JJ.

*Robert L. Myers, Jr.,* Deputy Attorney General, with him *Charles J. Margiotti,* Attorney General, for appellant.

*Gilbert Nurick* and *Herman H. Yaffe,* for appellees, were not heard.

PER CURIAM, January 6, 1936:

The judgment in this case is affirmed on the full and comprehensive opinion of the learned President Judge of the lower court, which is printed at length in 41 Dauphin County Reports 219.

Judgment affirmed at appellant's costs.